# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3428
LT Case No. 2001482807

_____

PAUL GORDON,

    Appellant,

    v.

DEPARTMENT OF REVENUE and
GEORGINA WILLIAMS,

    Appellees.

_____

Administrative Appeal from the Department of Revenue.

David P. Grigaltchik, Adam P. Rowe, and Boris Galustov, of Grigaltchik & Galustov, P.A., Jacksonville, for Appellant.

Ashley Moody, Attorney General, and Toni C. Bernstein, Assistant Attorney General, Tallahassee, for Appellee.

May 31, 2024

ON CONFESSION OF ERROR

PER CURIAM.

Appellant appeals a final administrative support order. Appellant argues that he timely requested an administrative hearing. Appellee, the Department of Revenue, has filed a

confession of error. We accept the confession of error, reverse the order, and remand for further proceedings.

REVERSED and REMANDED.

EDWARDS, C.J., and MAKAR and SOUD, JJ., concur.

---

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

---

2